UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANN KNOPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.: 4:07-cv-0160-SEB-WGH |
| | ) |
| WAL-MART STORES, INC., WAL-MART REAL ESTATE BUSINESS TRUST, and CLEVELAND CONSTRUCTION, INC. | ) ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF FILING IN STATE COURT

The undersigned certifies that a copy of the Defendants' Notice of Removal in this action was filed by certified mail, return receipt requested with the Dearborn County Circuit Court, State of Indiana, Cause No. 15C01-0711-PL-015, on the 13th day of December, 2007.

Respectfully submitted,

/s/ Matthew B. Barr
Michael Rosiello (6203-49)
Matthew B. Barr (26252-53)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
michael.rosiello@btlaw.com
matthew.barr@btlaw.com
Phone:  (317) 236-1313
Fax:  (317) 231-7433

*Counsel for Defendants Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following counsel of record via United States Mail, first class, postage prepaid, this 14th day of December, 2007:

James D. Ludwig, Esquire
Cleveland Construction, Inc.
5390 Courseview Drive
Mason, OH 45040

Douglas R. Denmure, Esquire
402 Second Street
P.O. Box 36
Aurora, IN 47001

/s/ Matthew B. Barr
Matthew B. Barr

INDS02 MBARR 940188v1