UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANN KNOPP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:07-cv-0160-SEB-WGH |
| WAL-MART STORES, INC., WAL-MART REAL ESTATE BUSINESS TRUST, and CLEVELAND CONSTRUCTION, INC. | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ann Knopp, Defendants Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust, and Defendant Cleveland Construction, Inc. hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this action is dismissed, with prejudice, as against all Defendants, each party to bear its own costs and attorney's fees.

ANN KNOPP

By her Attorney,

(see next page)

Doug Denmure
402 Second Street
P.O. Box 36
Aurora, IN 47001

WAL-MART STORES, INC. and WAL-MART
REAL ESTATE BUSINESS TRUST

By their Attorneys,

/s/ Matthew Barr

Michael Rosiello
Matthew B. Barr
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Tel.: 317 231-7353
Fax: 317 231-7433

CLEVELAND CONSTRUCTION, INC.

By its Attorney,

/s/ James D. Ludwig

James D. Ludwig
5390 Courseview Drive
Mason, OH 45040

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANN KNOPP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:07-cv-0160-SEB-WGH |
| WAL-MART STORES, INC., WAL-MART REAL ESTATE BUSINESS TRUST, and CLEVELAND CONSTRUCTION, INC. | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ann Knopp, Defendants Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust, and Defendant Cleveland Construction, Inc. hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this action is dismissed, with prejudice, as against all Defendants, each party to bear its own costs and attorney's fees.

ANN KNOPP

By her Attorney,

_Douglas R. Denmure_
Doug Denmure
402 Second Street
P.O. Box 36
Aurora, IN 47001

WAL-MART STORES, INC. and WAL-MART REAL ESTATE BUSINESS TRUST

By their Attorneys,

_____
Michael Rosiello
Matthew B. Barr
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Tel.: 317 231-7353
Fax: 317 231-7433

CLEVELAND CONSTRUCTION, INC.

By its Attorney,

_____
James D. Ludwig
5390 Courseview Drive
Mason, OH 45040

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel via United States Mail, first class, postage prepaid, on April 24, 2008:

Douglas R. Denmure, Esquire
402 Second Street
P.O. Box 36
Aurora, IN 47001

James D. Ludwig
Cleveland Construction, Inc.
5390 Courseview Drive
Mason, OH 45040

/s/ Matthew B. Barr
Matthew B. Barr

INDS02 MBARR 955390v1